1
2
3
4
5
6
7

The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIE BEACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-01497-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE** |

Pursuant to LCR 10(g) and 28 U.S.C. § 1404, the Court, having reviewed and considered the Parties' Stipulated Motion to Transfer Venue of this Action, does hereby Order that this Action be transferred from the United States District Court for the Western District of Washington to the United States District Court for the Southern District of Iowa, Central Division, where four similar cases are pending before the Honorable Rebecca Goodgame Ebinger.  The Court further Orders the Clerk of this Court to forward all filings in this Action to the Clerk for the United States District Court for the Southern District of Iowa, Central Division. All dates on this Court's calendar for this action shall be withdrawn in light of the transfer.

ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE
Case No. 2:21-cv-01497-MJP - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1     IT IS SO ORDERED.

3 Dated: November 19, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO
TRANSFER VENUE
Case No. 2:21-cv-01497-MJP - 2

| | |
|---|---|
| 1 | Presented by: |
| 2 | **TOUSLEY BRAIN STEPHENS PLLC** |
| 3 | *s/ Kim D. Stephens*<br>Kim D. Stephens, P.S. (WSBA No. 11984) |
| 4 | *s/ Cecily C. Jordan* |
| 5 | Cecily C. Jordan (WSBA No. 50061)<br>1200 Fifth Ave., Ste. 1700 |
| 6 | Seattle, WA 98101<br>Tel: (206) 682-5600 |
| 7 | |
| 8 | **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta |
| 9 | 888 Seventh Avenue<br>New York, NY 10019 |
| 10 | Tel: (646) 837-7150<br>pfraietta@bursor.com |
| 11 | |
| 12 | **EDELSON PC**<br>Ari J. Scharg |
| 13 | Benjamin Thomassen<br>350 North LaSalle Street, 14th Floor |
| 14 | Chicago, Illinois 60654<br>Tel: (312) 589-6370 |
| 15 | ascharg@edelson.com<br>bthomassen@edelson.com |
| 16 | |
| 17 | *Pro hac vice applications forthcoming |
| 18 | *Attorneys for Plaintiff*<br>*Sharon McKinney* |
| 19 | |
| 20 | **COOLEY LLP** |
| 21 | By: */s/ Jeffrey D. Lombard*<br>Jeffrey D. Lombard (WSBA No. 50260) |
| 22 | 1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101-1355 |
| 23 | Tel: (206) 452-8700<br>Email: jlombard@cooley.com |
| 24 | *Attorney for Defendant*<br>*Meredith Corporation* |
| 25 | |
| 26 | |

ORDER GRANTING STIPULATED MOTION TO
TRANSFER VENUE
Case No. 2:21-cv-01497-MJP - 3