## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>*Defendant.* | Case No. 4:21-cv-00335<br><br>Judge Rebecca Goodgame Ebinger<br><br>Magistrate Judge Stephen B. Jackson, Jr. |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>*Defendant.* | Case No. 4:21-cv-00341 |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>*Defendant.* | Case No. 4:21-cv-00344 |
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>*Defendant.* | Case No. 4:21-cv-00350 |
| SHARON MCKINNEY, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>*Defendant.* | Case No. 4:21-cv-00360 |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br><br>MEREDITH CORPORATION,<br>*Defendant.* | Case No. 4:21-cv-00366 |

NORMA GOLDBERGER, individually and on
behalf of all others similarly situated,
                              *Plaintiff,*
        v.                                        Case No. 4:21-cv-00367

MEREDITH CORPORATION,
                              *Defendant.*

JULIE BEACH, individually and on behalf of all
others similarly situated,
                              *Plaintiff,*
        v.                                        Case No. 4:21-cv-00376

MEREDITH CORPORATION,
                              *Defendant.*

## [PROPOSED] ORDER GRANTING PLAINTIFFS'
## UNOPPOSED  MOTION TO CONSOLIDATE CASES FOR PRE-TRIAL PURPOSES

This matter coming before the Court on Plaintiffs' Unopposed Motion to Consolidate

Cases for Pre-Trial Purposes, due and adequate notice having been given and the Court being

fully advised in the premises, the Motion is GRANTED. It is hereby ordered:

1.      Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases (the

"Actions") shall be consolidated for pre-trial purposes.

2.      Plaintiffs shall have fourteen (14) days from the date of this Order to file a

consolidated complaint regarding the Actions.

3.      Defendant shall have forty-five (45) days from the filing of the consolidated

complaint to file a motion to dismiss the consolidated complaint. Plaintiffs' opposition to the

motion to dismiss is due twenty-eight (28) days thereafter, and Defendant's reply is due twenty-

one (21) days later.

4.      The Parties shall be allowed up to forty (40) pages for their respective briefs

regarding Defendant's motion to dismiss.

5.      Discovery in the Actions shall be stayed pending a ruling on Defendant's

forthcoming motion to dismiss.

SO ORDERED.


Date: _____                    _____